# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No.: 1:14-cv-01393-LJO-SAB<br><br>ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE WITHIN THIRTY DAYS |

On September 8, 2014, Plaintiff Richard Lorenzo Martinez, a state prisoner proceeding pro se, filed this action alleging deliberate indifference in violation of the Eighth Amendment. (ECF No. 1.) Plaintiff did not submit an application to proceed in forma pauperis or pay the filing fee in this action. The action was found to be related to Smith v. Schwarzenegger, No. 1:14-cv-00060-LJO-SAB, and was reassigned to the undersigned.

All pleadings and non-evidentiary documents must be signed by the party where the party is appearing in propria persona. L.R. 131(b). In this instance, the complaint contains an electronic signature which the Court finds does not meet the signature requirements of L.R. 131 for a party appearing pro se. Unsigned documents cannot be considered by the Court, and Plaintiff's complaint is shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned complaint filed September 8, 2014, is stricken from the record;
2. Within thirty days from the date of service of this order, Plaintiff shall:
   a. File an application to proceed in forma pauperis or pay the filing fee of $400.00 in full; and
   b. File a signed complaint; and
3. Failure to comply with this order will result in this action being dismissed.

IT IS SO ORDERED.

Dated:   **October 9, 2014**

UNITED STATES MAGISTRATE JUDGE