# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LORENZO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01393-LJO-SAB<br><br>AMENDED ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>AMENDED ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>(ECF No. 11) |

On November 3, 2014, an order issued granting in forma pauperis status to Plaintiff Richard Lorenzo Martinez. The amount Plaintiff was ordered to pay in the order was incorrect. Accordingly, the order issued November 3, 2014 is HEREBY AMENDED as follows:

　　1.　　Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1); and

　　2.　　The Clerk of the Court shall collect and forward a total of $350.00 as set forth in the November 3, 2014 order.

IT IS SO ORDERED.

Dated: **December 2, 2014**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1